Appeal dismissed on motion of counsel for the respective parties.

*Shutts & Bowen,* for Appellants;

*Benson & Shipp* and *Clifton D. Benson,* for Appellees.

---

A. J. Johnson, Plaintiff in Error, v. A. P. Elrod, Defendant in Error.

A Writ of Error to the Circuit Court for Taylor County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*W. B. Davis,* for Plaintiff in Error;

*C. P. Diamond,* for Defendant in Error.

---

R. B. Gautier, Appellant, v. Edward Thompson Company, a Corporation, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellee.

*Redmond B. Gautier,* for Appellant;

*Maxwell Baxter,* for Appellee.